**UNITED STATES BANKRUPTCY COURT**
**Central District Of California (San Fernando Valley)**

IN RE:
Debtors: Rachel L Carlsen and Evan W Carlsen

Case No.: 08-12309
Loan Number (Last 4): 1309

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Nationstar Mortgage, LLC

Name of Transferee

350 Highland Drive
Lewisville, TX 75067

Phone: 877-782-7612
Last Four Digits of Acct #: 1309

Countrywide Home Loans, Inc.

Name of Transferor

Court Claim # (if known): 7
Amount of Claim: $980,285.60
Date Claim Filed: 05/09/2008

Last Four Digits of Acct #: 7327

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone: 877-782-7612

Last Four Digits of Acct #: 1309

Transfer Effective: July 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Bill Taylor
Authorized Filing Agent
(Approved by: Megan Koza)

Date: 08/15/2013

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

443692-34345de4-e743-4933-b3d3-2b7328861cfb